# FILED UNDER SEAL

1 CHRISTOPHER CHIOU
Acting United States Attorney
2 Nevada Bar No. 14853
DANIEL R. SCHIESS
3 Nevada Bar No. 5483
Assistant United States Attorney
4 501 Las Vegas Blvd South, 11th Floor
Las Vegas, Nevada 89101
5 (702) 388-6336
dan.schiess@usdoj.gov
6
*Attorneys for the United States of America*



FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
JAN 27 2022
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT F. CARPENTER,<br><br>Defendant. | No.  2:22-cr-00022-GMN-NJK<br><br>**Criminal Information**<br><br>Violation: 18 U.S.C. § 641 –<br>**Embezzlement of Government Money** |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about July 29, 2017, in the State and Federal District of Nevada,

**SCOTT F. CARPENTER,**

defendant herein, knowingly and willfully coverted to his own use, money belonging to the United States, namely, which money had come into his possession and care by virtue of his employment as a Special Agent with the Federal Bureau of Investigation, in violation of 18 U.S.C. § 641, a misdemeanor offense.

1 | DATED this 26th of January, 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Daniel R. Schiess*
Daniel R. Schiess
Assistant United States Attorney