PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ INFORMATION ☐ INDICTMENT ☐ COMPLAINT   CASE NO.   **2:22-cr-00022-GMN-NJK**

Matter Sealed: ☐ Juvenile   ☐ Other than Juvenile
☒ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ ...formation

USA vs.
Defendant: **SCOTT F CARPENTER**

Name of District Court, and/or Judge/Magistrate Location (City)
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA   Divisional Office

Address:

Name and Office of Person Furnishing Information on THIS FORM: **Natasha Andrews**
☒ U.S. Atty ☐ Other U.S. Agency
Phone No. (702) 388-5070

Name of Asst. U.S. Attorney (if assigned): **Daniel Schiess**

☐ Interpreter Required   Dialect: _____

Birth Date: _____

☒ Male ☐ Female   ☐ Alien (if applicable)

Social Security Number: _____

**RECEIVED**
**SERVED ON**
**COUNSEL/PARTIES OF RECORD**
**FILED**
**ENTERED**
**JAN 27 2022**
**CLERK US DISTRICT COURT**
**DISTRICT OF NEVADA**
**BY: _____ DEPUTY**

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any): _____

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense: _____   County: _____

### DEFENDANT

Issue: ☐ Warrant ☐ Summons

Location Status:
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): **PAUL J FISHMAN**
☐ FPD ☐ CJA ☒ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts **1**

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| 1 | 18 U.S.C. § 641 | Embezzlement of Government Money | ☐ Felony ☒ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |