CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
Daniel R. Schiess
Assistant United States Attorney
Nevada Bar No. 5483
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
dan.schiess@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:22-cr-22-GNM |
| Plaintiff, | |
| v. | Joint Status Report |
| Scott F. Carpenter, | |
| Defendant. | |

**CERTIFICATION: This Report is timely filed.**

Defendant Scott F. Carpenter and the United States Attorney's Office for the District of Nevada have executed a plea agreement pursuant to which the defendant will plead guilty to a misdemeanor and the parties will jointly recommend that the Court impose a sentence of probation. There have been no prior proceedings in this matter.

Pursuant to the February 1, 2022, Minute Order in Chambers, the Parties respectfully submit this Joint Statue Report:

1. Defendant Carpenter resides in New Jersey and would prefer to appear at the plea hearing scheduled for February 16, 2022 (or at a later date if rescheduled by the Court) via video conferencing in order to avoid air travel to Nevada during the pandemic.

2. Defendant Carpenter consents to proceed with the plea hearing using video conferencing.

3. The parties have reached an agreement and continuing the plea hearing will unnecessarily delay the resolution of this case.

DATED this 7th day of February 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Daniel R. Schiess
DANIEL R. SCHIESS
Assistant United States Attorney

/s/ Paul J. Fishman
PAUL J. FISHMAN
Arnold & Porter Kay Scholer LLP
One Gateway Center
Suite 1025
Newark, NJ 07102-5310
Paul.Fishman@arnoldporter.com
*Counsel for Defendant*