UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:22-cr-00022-GMN-NJK |
| | ) | |
| Plaintiff, | ) | MINUTE ORDER SETTING VIDEO HEARING |
| v. | ) | |
| | ) | DATE: February 9, 2022 |
| SCOTT F. CARPENTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:    THE HONORABLE GLORIA M. NAVARRO, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: NEV REPORTER:    NONE APPEARING

COUNSEL FOR PLAINTIFF(S):                          NONE APPEARING

COUNSEL FOR DEFENDANT(S):                      NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

     **IT IS ORDERED** that a hearing is set for Tuesday, February 22, 2022, at 10:00 a.m. in LV Courtroom 7D before Judge Gloria M. Navarro.

     **IT IS FURTHER ORDERED** that the Public may access and listen to the hearing as follows:

*Public telephonic participants shall call AT&T no later than five (5) minutes prior to the hearing at 1 (888) 363-4734 and provide Access Code 6910695#. You must mute your phone to avoid causing distractions during the hearing.*

**INSTRUCTIONS FOR VIDEO CONFERENCE HEARING**

     Video Instructions for scheduled hearings will be sent via email at least 30 minutes prior to the hearing at the participant's email provided to the Court.

**IT IS FURTHER ORDERED** that the following Video Conference Instructions must be adhered to as follows:

- Log on to the video conference five (5) minutes prior to the hearing time.

- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- Each time you speak, state your name for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: _____/s/_____
    Nick Vaglio, Deputy Clerk