CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
Daniel R. Schiess
Assistant United States Attorney
Nevada Bar No. 5483
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
dan.schiess@usdoj.gov

*Representing the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Scott F. Carpenter,<br><br>　　　　Defendant. | 2:22-cr-22-GMN-NJK<br><br>**Stipulation and Order to Unseal Criminal Information and Plea Agreement** |

**CERTIFICATION:  This Motion is timely filed.**

　　　　The United States, by and through the undersigned attorneys, and defendant Scott F. Carpenter, by and through is attorney, Paul J. Fishman, Esq., moves to unseal the criminal information and the plea agreement in this case. No reason exists for these documents to remain under seal. The case was unsealed when the defendant entered his plea guilty, and the request to unseal the criminal information and the plea agreement was inadvertently not made at that time.

DATED this 24th day of February 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ *Daniel R. Schiess*  /s/ *Paul J. Fishman*
DANIEL R. SCHIESS  Paul J. Fishman, Counsel for
Assistant United States Attorney  Defendant Scott F. Carpenter

## ORDER

Based on the stipulation of the parties, and for good cause, it is hereby ORDERED that the criminal information and the plea agreement in this case are unsealed.

**IT IS SO ORDERED.**

Dated this 28 day of February, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT