CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
DANIEL R. SCHIESS
Assistant United States Attorney
Nevada Bar No. 5483
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
dan.schiess@usdoj.gov
*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:22-cr-00022-GMN-NJK |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **SENTENCING HEARING** |
| vs. | ) | |
| | ) | |
| SCOTT F. CARPENTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between, Christopher Chiou, Acting United States Attorney, District of Nevada, Daniel R. Schiess, Assistant United States Attorney representing the United States of America, and Paul J. Fishman, Esq., and Daniel G. Bogden, Esq. representing Defendant Scott F. Carpenter, that the Sentencing Hearing currently scheduled for May 18, 2022, in the above captioned matter, be vacated and continued to June 14, 2022 at 10:00 a.m. in Courtroom 7D of the United States District Court for the District of Nevada.

This stipulation is entered into because the defense needs additional time to prepare for sentencing.

DATED this 8th day of May, 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Daniel R. Schiess*                                        */s/ Paul J. Fishman*
_____                          _____
DANIEL R. SCHIESS                                        Paul J. Fishman
Assistant United States Attorney                    Counsel for Defendant Carpenter

                                                                     */s/ Daniel G. Bogden*
                                                                     _____
                                                                     DANIEL G. BOGDEN
                                                                     Counsel for Defendant Carpenter

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:22-cr-00022-GMN-NJK |
| vs. | ) | |
| SCOTT F. CARPENTER, | ) | |
| Defendant. | ) | **ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for May 18, 2022, be vacated and continued to June 14, 2022, at 10:00 a.m. in Courtroom 7D of the United States District Court for the District of Nevada.

DATED this _____ day of May, 2022.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT COURT JUDGE