CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
Daniel R. Schiess
Assistant United States Attorney
Nevada Bar No. 5483
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
dan.schiess@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | 2:22-cr-22-GNM-NJK |
| Plaintiff, | |
| v. | **Amended Stipulation to Continue Sentencing (Second)** |
| Scott F. Carpenter, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between, Christopher Chiou, Acting United States Attorney, District of Nevada, Daniel R. Schiess, Assistant United States Attorney representing the United States of America, and Paul J. Fishman, Esq., and Daniel G. Bogden, Esq. representing Defendant Scott F. Carpenter, that the Sentencing Hearing currently scheduled for June 14, 2022, at 11 a.m. in the above captioned matter, be vacated and continued to June 14, 2022 at 12:00 p.m. in Courtroom 7D of the United States District Court for the District of Nevada.

The parties enter into this stipulation because government counsel has another hearing set for June 14th at 11 a.m.

DATED this 10th day of May 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Daniel R. Schiess
DANIEL R. SCHIESS
Assistant United States Attorney

/s/ Paul J. Fishman
PAUL J. FISHMAN
Arnold & Porter Kay Scholer LLP
One Gateway Center
Suite 1025
Newark, NJ 07102-5310
Paul.Fishman@arnoldporter.com
*Counsel for Defendant*

/s/ Daniel G. Bogden
DANIEL G. BOGDEN
Counsel for Defendant Carpenter

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>     v.<br><br>Scott F. Carpenter,<br><br>            Defendant. | 2:22-cr-22-GNM-NJK<br><br>Order Granting Amended Stipulation to Continue Sentencing  (Second) |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for June 14, 2022, at 11 a.m. be vacated and continued to June 14, 2022, at 12:00 p.m. in Courtroom 7D of the United States District Court for the District of Nevada.

DATED this __10__ day of May, 2022.

_____
HONORABLE GLORIA M. NAVARRO
U.S. DISTRICT COURT JUDGE