JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
Daniel R. Schiess
Assistant United States Attorney
Nevada Bar No. 5483
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
dan.schiess@usdoj.gov
*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America,** | **2:22-cr-00022-GMN-NJK** |
| **Plaintiff,** | |
| v. | **Stipulation to Continue Sentencing** |
| **Scott F. Carpenter,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED AND AGREED by and between, Jason M. Frierson, United States Attorney, District of Nevada, Daniel R. Schiess, Assistant United States Attorney representing the United States of America, and Paul J. Fishman, Esq., and Daniel G. Bogden, Esq. representing Defendant Scott F. Carpenter, that the Sentencing Hearing currently scheduled for June 14, 2022, in the above captioned matter, be vacated and continued to July 25, 2022 in Courtroom 7D of the United States District Court for the District of Nevada.

Defendant is unable to appear in person in Las Vegas on the currently scheduled date

because Defendant's close family member must undergo an unanticipated medical procedure on June 13, 2022. Defendant must act as caregiver while his family member recovers.

DATED this 8th day of June 2022.

Jason M. Frierson
United States Attorney

*/s/ Daniel R. Schiess*
DANIEL R. SCHIESS
Assistant United States Attorney

*/s/ Paul J. Fishman*
PAUL J. FISHMAN
Arnold & Porter Kay Scholer LLP
One Gateway Center
Suite 1025
Newark, NJ 07102-5310
Paul.Fishman@arnoldporter.com
*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>Scott F. Carpenter,<br><br>　　　　　Defendant. | 2:22-cr-00022-GMN-NJK<br><br>ORDER |

## FINDINGS OF FACT

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

Defendant is unable to appear in person in Las Vegas on the currently scheduled date because defendant's close family member must undergo an unanticipated medical procedure on June 13, 2022, and defendant must act as caregiver for his family member.

## ORDER

Accordingly, IT IS SO ORDERED that the current Sentencing Hearing is vacated and is reset for July 25, 2022 in Courtroom 7D of the United States District Court for the District of Nevada.

DATED this ____ day of June, 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　United States District Court Judge