JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
Daniel R. Schiess
Assistant United States Attorney
Nevada Bar No. 5483
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
dan.schiess@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Scott F. Carpenter,<br><br>　　　　Defendant. | 2:22-cr-22-GNM-NJK<br><br>**Stipulation to Continue Sentencing (Fourth)** |

IT IS HEREBY STIPULATED AND AGREED by and between, Jason M. Frierson, United States Attorney, District of Nevada, Daniel R. Schiess, Assistant United States Attorney representing the United States of America, and Paul J. Fishman, Esq., and Daniel G. Bogden, Esq. representing Defendant Scott F. Carpenter, that the Sentencing Hearing currently scheduled for June 25, 2022, in the above captioned matter, be vacated and continued to August 17, 2022, at 10:00 AM in Courtroom 7D of the United States District Court for the District of Nevada.

The continuance is needed because defense counsel is not available on June 25, 2022.

DATED this 21st day of July 2022.

Jason M. Frierson
United States Attorney

| | |
|---|---|
| */s/ Daniel R. Schiess* | */s/ Paul J. Fishman* |
| DANIEL R. SCHIESS | PAUL J. FISHMAN |
| Assistant United States Attorney | Arnold & Porter Kay Scholer LLP |
| | One Gateway Center |
| | Suite 1025 |
| | Newark, NJ 07102-5310 |
| | Paul.Fishman@arnoldporter.com |
| | *Counsel for Defendant* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America,** | 2:22-cr-22-GNM-NJK |
| **Plaintiff,** | |
| v. | **Order Granting Stipulation to Continue Sentencing (Fourth)** |
| **Scott F. Carpenter,** | |
| **Defendant.** | |

Based on the stipulation of the parties, IT IS HEREBY ORDERED THAT that the Sentencing Hearing currently scheduled for June 25, 2022, in the above captioned matter, be vacated and continued to August 17, 2022, at 10:00 AM in Courtroom 7D of the United States District Court for the District of Nevada.

_____
Honorable Gloria M. Navarro
United States District Judge

3