PAUL J. FISHMAN
Arnold & Porter Kaye Scholer
One Gateway Center, Suite 1025
Newark, NJ 10019
Tel: (212) 836-8152
Fax: (212) 836-8689
Paul.Fishman@arnoldporter.com

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America,**<br><br>**Plaintiff,**<br><br>v.<br><br>**Scott F. Carpenter,**<br><br>**Defendant.** | 2:22-cr-22-GNM-NJK<br><br>**DEFENDANT'S MOTION TO SEAL EXHIBIT G AND REDACT EXHIBITS E AND F TO SENTENCING MEMORANDUM** |

Pursuant to LR I.A. 10-5, Defendant Scott Carpenter respectfully submits this motion.

1. Defendant Scott Carpenter is filing five letters in connection with his sentencing.

2. Defendant Carpenter has served unredacted copies of the five letters on Assistant U.S. Attorney Daniel Schiess and U.S. Probation Office Erica Strome.

3. One of those letters, from his wife, Beth Carpenter, identified as Exhibit G to the sentencing memorandum, contains personal information about Mr. and Mrs. Carpenter that should remain private.

4. Accordingly, Defendant Carpenter moves to file that letter under seal.

5. In addition, two of the letters, one from Michael Pratt, a retired Colonel, identified as Exhibit E to the sentencing memorandum, one from John Penza, a retired FBI agent, identified as Exhibit F to the sentencing memorandum, contain their home addresses.

6. Accordingly, Defendant Carpenter moves the Court to redact the home addresses of Mr. Penza and Colonel Pratt.

7. We have enclosed a proposed order.

DATED August 10, 2022

*/s/ Paul J. Fishman*
PAUL J. FISHMAN
Arnold & Porter Kay Scholer LLP
One Gateway Center
Suite 1025
Newark, NJ 07102-5310
Paul.Fishman@arnoldporter.com
*Counsel for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America,**<br><br>Plaintiff,<br><br>v.<br><br>**Scott F. Carpenter,**<br><br>Defendant. | 2:22-cr-22-GNM-NJK<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO SEAL EXHIBIT F AND REDACT EXHIBITS D AND E TO SENTENCING MEMORANDUM** |

Defendant Scott Carpenter, having moved for an order sealing a letter from his wife, Beth Carpenter, and having moved for permission to redact the home addresses from the letters of John Penza and Colonel Michael Pratt, and

Defendant having complied with the requirements of LR I.A 10-5,

For good cause shown, the Court hereby

1. Orders the letter from Beth Carpenter sealed, and

2. Orders the publicly filed letters from John Penza and Colonel Michal Pratt to be filed with their home addresses redacted.

_____